```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :      INDICTMENT

        - v. -                        :      08 Cr.

JESUS RIVERA,                         :      08 CRIM 545

                Defendant.            :

- - - - - - - - - - - - - - - - - - x
```

COUNT ONE

The Grand Jury charges:

1.   From in or about May 2007, up to and including in or about August 2007, in the Southern District of New York and elsewhere, JESUS RIVERA, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, to violate Section 1341 of Title 18, United States Code.

2.   It was a part and an object of the conspiracy that JESUS RIVERA, the defendant, and others known and unknown, unlawfully, willfully, and knowingly, and having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, for the purpose of executing such scheme and artifice and attempting so to do, would and did place in a post office and authorized depository for mail matter, a matter and thing to be sent and delivered by the Postal Service, and would and did knowingly cause to be delivered by mail according to the direction thereon, and at the place at

which it is directed to be delivered by the person to whom it is addressed, such matter and thing, in violation of Title 18, United States Code, Section 1341.

## OVERT ACTS

3. In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about May 16, 2007, RIVERA and other co-conspirators not named in this Indictment staged a car accident in the Bronx, New York.

    b. On or about August 7, 2007, at RIVERA's instruction, other co-conspirators not named in this Indictment staged a car accident in the Bronx, New York.

(Title 18, United States Code, Section 1349.)

## COUNT TWO

The Grand Jury further charges:

4. In or about May 2007, in the Southern District of New York and elsewhere, JESUS RIVERA, the defendant, unlawfully, willfully, and knowingly, having devised and intending to devise a scheme and artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, for the purpose of executing such scheme and artifice to defraud and attempting so to do, would and did place and cause to be placed in authorized depositories for mail matter, matters and things to be sent and

delivered by the Postal Service and deposited and caused to be deposited matters and things to be delivered by private and commercial interstate carriers, and did take and receive therefrom, such matters and things, and knowingly caused to be delivered by mail and such carriers according to the directions thereon, such matters and things, to wit, ORTIZ and others participated in a staged automobile accident in the Bronx, New York, thereby causing various mailings to be sent from Manhattan, New York, to an insurance company, in connection with false insurance claims for personal injuries.

(Title 18, United States Code, Sections 1341 and 2.)

## COUNT THREE

The Grand Jury further charges:

5.  In or about August 2007, in the Southern District of New York and elsewhere, JESUS RIVERA, the defendant, unlawfully, willfully, and knowingly, having devised and intending to devise a scheme and artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, for the purpose of executing such scheme and artifice to defraud and attempting so to do, would and did place and cause to be placed in authorized depositories for mail matter, matters and things to be sent and delivered by the Postal Service and deposited and caused to be deposited matters and things to be delivered by private and commercial interstate carriers, and did take and receive therefrom, such matters and things, and knowingly caused to be

delivered by mail and such carriers according to the directions thereon, such matters and things, to wit, ORTIZ and others participated in a staged automobile accident in the Bronx, New York, thereby causing various mailings to be sent from Manhattan, New York, to an insurance company, in connection with false insurance claims for personal injuries.

    (Title 18, United States Code, Sections 1341 and 2.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JESUS RIVERA,
Defendant.

**SEALED INDICTMENT**

08 Cr.

(Title 18, United States Code, Sections
1341 and 1349.)

          MICHAEL J. GARCIA
          United States Attorney.

A TRUE BILL

*[signature]*
          Foreperson.